IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL EDWARD WYATT, )<br>    Plaintiff, ) | | Civil Case No. 7:13cv00577 |
| ) | | |
| v. ) | | **FINAL ORDER** |
| ) | | |
| U.S. MARSHAL JOHNNY OWENS ) | | By: Norman K. Moon |
|     Defendant. ) | | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Wyatt's 42 U.S.C § 1983 action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b)(1) and the Clerk is **DIRECTED** to **STRIKE** this action from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

ENTER: This 31st day of December, 2013.

                                                                NORMAN K. MOON
                                                                 UNITED STATES DISTRICT JUDGE